**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:    (718)    488-1900
TELECOPIER:    (718)    488-1927
EMAIL:LAZZAROLAW@AOL.COM

* ADMITTED IN NY & NJ

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *

JAMES  KIRSHNER
ROGER  GREENBERG

December 31, 2025

| The requested bail modification is **GRANTED.** SO ORDERED. |
|---|
| *Jennifer E. Willis* |
| JENNIFER E. WILLIS UNITED STATES MAGISTRATE JUDGE January 2, 2026 |

**Sent via ECF**
Magistrate Judge Gary Stein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 9A
New York, New York 10007

Re:    **United States v. Adeeb Saleh**
          Criminal Case No.: 1:25-mj-01927

Dear Judge Stein:

    This firm represents Mr. Adeeb Saleh with regard to the above-mentioned matter. At this time, our office is requesting that the conditions of Mr. Saleh's bail be amended to remove the home confinement restriction. My office has been in contact with AUSA Joeseph Zabel, and he has consented to this request. Mr. Saleh will be limited to travel within the Eastern and Southern District of New York and will remain wearing the ankle monitor. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

LAZZARO LAW FIRM , P.C.

BY: _____
Lance Lazzaro, Esq.

cc: AUSA Joseph Zabel via
ECF