UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ADEEB SALEH,

Defendant.

**ORDER**

26 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of the Defendant will take place on **January 23, 2026, at 10:00**

**a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square,

New York, New York.

Dated: New York, New York
       January 22, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge