UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ADEEB SALEH,

Defendant.

**ORDER**

26 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The status conference currently scheduled for April 2, 2026, at 10:00 a.m., is

adjourned to **April 2, 2026, at 2:00 p.m..,** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        March 31, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge