UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ADEEB SALEH,

Defendant.

**ORDER**

26 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **May 21, 2026, at 12:00 p.m.,**

in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated: New York, New York
        April 2, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge