SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA )
)
                             Plaintiff, )
)
                      -against- )     Case No. 26-CR-0020(PGG)
)
ADEEB SALEH )
)
                      Defendant. )
------------------------------------------------------------------X

## <u>MOTION TO FILE MOTION TO WITHDRAW AS ATTORNEY UNDER SEAL</u>

I hereby move this Court to file my motion to withdraw as attorney for Defendant

ADEEB SALEH under seal because the motion discusses highly sensitive information with

regard to ADEEB SALEH's case. Accordingly, it would be in ADEEB SALEH's best interest

that the public at large does not have access to my motion to withdraw. Therefore, I am

requesting that my motion to withdraw as attorney for Defendant ADEEB SALEH be filed under

seal in this case.

Dated: Brooklyn, New York
       May 7, 2026

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Pauls Sandeple*

**Paul G. Gardephe, U.S.D.J.**

**Date: May 11, 2026**

LANCE LAZZARO