UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ADEEB SALEH,

Defendant.

**ORDER**

26 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This case will proceed to trial on **November 16, 2026, at 9:30 a.m.** The following schedule will apply to expert witness disclosures and pre-trial submissions:

1. Expert disclosures, motions in limine, proposed voir dire, and requests to charge are due by **October 19, 2026.**

2. Responsive papers are due by **October 27, 2026.**

Dated: New York, New York
August 10, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge