UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ADEEB SALEH,

Defendant.

**ORDER**

26 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A change-of-plea hearing will take place in this matter on **September 9, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 31, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge