COZEN O'CONNOR

October 7, 2026

**Sarah Krissoff**
Direct Phone 212-908-1388
Direct Fax 646-225-5128
skrissoff@cozen.com

**VIA ECF AND EMAIL**

The Honorable Paul G. Gardephe
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Adeeb Saleh*, 26 Cr. 20 (PGG)**

Dear Judge Gardephe:

We are writing to respectfully request permission for Mr. Saleh to travel to the vicinity of Lumberton, North Carolina, for the funeral of his uncle. The funeral is tomorrow, October 8, 2026, at 12:30 pm. so we respectfully request that the Court consider this request today. Should the Court grant the request, Mr. Saleh will travel to North Carolina later today, and return no later than October 12, 2026.

We have conferred with the Government, through AUSA Joseph Zabel, and with Pre-Trial Services, through Officer Jessica Aguilar-Adan, regarding this request. Neither has an objection to this travel. Should the Court grant the request, Mr. Saleh will travel to North Carolina later today and provide all requested information to Officer Aguilar-Adan regarding his travel.

Thank you for your consideration of this matter.

Respectfully submitted,

Sarah Krissoff

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

**Date: October 8, 2026**

cc: All AUSAs of record (via ECF)
Officer Jessica Aguilar-Adan, Pre-Trial Services (via e-mail)