COZEN O'CONNOR

September 29, 2026

**Sarah Krissoff**
Direct Phone 212-908-1388
Direct Fax 646-225-5128
skrissoff@cozen.com

**VIA ECF**

**MEMO ENDORSED: The motion is denied.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Date: October 8, 2026

The Honorable Paul G. Gardephe
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Adeeb Saleh*, 26 Cr. 20 (PGG)**

Dear Judge Gardephe:

As we mentioned at the conclusion of Mr. Saleh's plea proceeding, we are writing to respectfully request a modification to Mr. Saleh's bail conditions. Specifically, with the consent of both the Government and Pre-trial Services, we are requesting the removal of location monitoring technology and GPS monitoring for Mr. Saleh. We have conferred with the Government through AUSA Joseph Zabel, and with Pre-Trial Services, through Officer Jessica Aguilar-Adan. Both consent to this modification.

Mr. Saleh remains compliant with his conditions of release. And should Your Honor approve this request, Mr. Saleh will, of course, continue to report to, and communicate with, Officer Aguilar-Adan as required.

Thank you for your consideration of this matter.

Respectfully submitted,

Sarah Krissoff

cc: All AUSAs of record (via ECF)
Officer Jessica Aguilar-Adan, Pre-Trial Services (via e-mail)